UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAZZ CLEVINGER,<br><br>   Plaintiff,<br><br>   v.<br><br>ADVOCACY HOLDINGS, INC. *et al.*,<br><br>   Defendants. | Civil Action No. 23-1159 (JMC) |
| ADVOCACY HOLDINGS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CHAZZ CLEVINGER *et al.*,<br><br>   Defendants. | Civil Action No. 23-1176 (JMC) |

**ORDER**

  For the reasons stated in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Advocacy Holdings' Motion for Reconsideration, ECF 55, is **GRANTED**, in part, and **DENIED**, in part. It is further

  **ORDERED** that Clevinger, CiviClick, Inc., and Superior Campaign Solutions, LLC are enjoined from using Advocacy Holdings' platform design and interface for any purpose, including on any website, platform, or interface.[1]

  **SO ORDERED**.

---

[1] By "redesign plans," the Court refers to any website, design features, user interface, or other information, design features, or data that constitutes Advocacy Holdings' confidential or proprietary information, including the redesign plans featured at ECF 55-2 at 5–27.

Date: August 15, 2023

                                                      _____
Hon. Jia M. Cobb
U.S. District Judge