UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAZZ CLEVINGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADVOCACY HOLDINGS, INC., d/b/a OneClickPolitics, *et al.*,<br><br>　　　　　Defendants. | Case No. 23-cv-1159 (JMC) |
| ADVOCACY HOLDINGS, INC., d/b/a OneClickPolitics,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAZZ CLEVINGER, *et al.*,<br><br>　　　　　Defendants. | Case No. 23-cv-1176 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Clevinger's motion to dismiss Advocacy Holdings' amended complaint, ECF 26, is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that, in particular, of the claims asserted in Advocacy Holdings' amended complaint, ECF 12, Count 10 is **DISMISSED**, as is any portion of Count 7 that relies on the Computer Fraud and Abuse Act (CFAA) subsections (a)(2), (a)(4), or (a)(5)(C). Advocacy Holdings may proceed with its claims for breach of contract, breach of fiduciary duty, tortious

1

interference with contract and prospective business advantage, trade secret misappropriation, CFAA violations of subsection (a)(5)(A), and Lanham Act violations. It is further

**ORDERED** that Advocacy Holdings' motion to dismiss Clevinger's amended complaint, ECF 63, is also **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that, in particular, of the claims asserted in Clevinger's amended complaint, ECF 29, Counts 2 through 6, 13 through 14, and 19 through 28 are **DISMISSED**. As such, Clevinger may proceed with his claims for assault, fraudulent inducement/concealment and negligent misrepresentation, and unjust enrichment.

This is a final appealable order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 10, 2024