**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAZZ CLEVINGER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ADVOCACY HOLDINGS, INC., *et al.*,**<br><br>**Defendants.** | |
| **ADVOCACY HOLDINGS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHAZZ CLEVINGER, *et al.*,**<br><br>**Defendants.** | **Case No. 12-cv-1176 (JMC/GMH)** |

**DISCOVERY STANDING ORDER**

This matter has been referred to the undersigned for the management of discovery. The parties shall follow the following procedures to raise any further discovery disputes with the Court.[1]

It is hereby

**ORDERED** that no discovery-related motion may be filed unless the moving party has:

1. Attempted in good faith, but without success, to resolve the dispute, consistent with L. Civ. R. 7(m); and

[1] The discovery-related motions pending at the time this Order is entered, *see* ECF Nos. 102 &106, are exempted from its requirements.

2. Requested a pre-motion on-the-record telephone conference with the Court to discuss the dispute informally. *See* Fed. R. Civ. P. 16(b)(3)(B)(v). The procedure for requesting a pre-motion telephone conference is as follows:

   a. Counsel shall notify opposing counsel of their intent to contact the Court's chambers to request a telephone conference at least 24 hours in advance of any request.

   b. Counsel requesting such a telephone conference shall check the availability of all counsel and contact the Court via the two email addresses identified below with available dates and times for the telephone conference. The email shall include a clear, concise description of the issues in dispute.

   c. After the conference has been scheduled, chambers will provide instructions to contact the Court for the conference.

   d. No later than three business days in advance of the conference, counsel requesting the conference shall submit via email to the Court and to opposing counsel, a brief letter outlining the dispute and the party's position on the disputed issues. No later than two business days prior to the telephone conference, the responding party shall submit via email to the Court and opposing counsel, a brief letter in response. The letters should not be more than 2 pages in length. The letters shall be filed on the Court's docket by the end of the day on which they are emailed to chambers. These deadlines may be modified by order of the Court.

3. If the Court does not grant the request for a telephone conference, or if the conference fails to resolve the dispute, then upon approval of the Court, a discovery motion may be filed. Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

**SO ORDERED.**



G. Michael Harvey

Date: June 24, 2025

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

**Assigned Law Clerk:**
Michael Bacchus
Michael_Bacchus@dcd.uscourts.gov
Harvey_Chambers@dcd.uscourts.gov