**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CHAZZ CLEVINGER,

Plaintiff,

v.

ADVOCACY HOLDINGS, INC., and JOHN KOEPKE, and RED CHALK GROUP, LLC, and RAYMOND ZENKICH,

Defendants.

ADVOCACY HOLDINGS, INC.,

Plaintiff,

v.

CHAZZ CLEVINGER, and CIVICLICK, INC., and SUPERIOR CAMPAIGN SOLUTIONS, LLC.,

Defendants.

Case No. 1:23-cv-1159-JMC

**JOINT STATUS REPORT**

Chazz Clevinger, CiviClick, Inc., and Superior Campaign Solutions, LLC (collectively, the "Clevinger Parties") and Advocacy Holdings, Inc., John Koepke, Raymond Zenkich, and Red Chalk Group, LLC (collectively, the "Advocacy Holdings Parties") respectfully file this Joint Status Report per the Court's September 15, 2026 minute order.

The Parties have completed discovery and agree that the case is ready for dispositive motions and, if necessary, trial. The Parties propose the following schedule:

- Opening motions for summary judgment:[1] **November 24, 2026**
- Oppositions to motions for summary judgment: **December 22, 2026**
- Replies in support of motions for summary judgment: **January 19, 2027**
- Motions in limine: **30 days after the Court rules on summary judgment**
- Oppositions to motions in limine: **14 days later**
- Replies in support of motions in limine: **7 days later**
- Final pretrial conference: **approximately 30 days before trial**
- Pretrial statements pursuant to LCvR 16.5 (including witness lists, exhibit lists, deposition designations, itemized damages, and other required disclosures): **21 days before the final pretrial conference**
- Objections to witnesses, exhibits, and deposition designations: **7 days before the final pretrial conference**
- Jury trial (5-7 days): **the Court's first available trial date following resolution of dispositive motions and pretrial motions.**

[1] The Clevinger Parties defer to the Court regarding whether a hearing is necessary on any summary judgment motion. The Advocacy Holdings Parties respectfully request a hearing on any motions for summary judgment.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: /s/ Kenneth E. Chase

Kenneth E. Chase
D.C. Bar No. 985629
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Fax: (305) 402-2725
Email: kchase@chaselaw.com

*Counsel for the Clevinger Parties*

By: /s/ Anand Ramana

Anand Ramana (DC Bar No. 489478)
M. Hunter Rush (DC Bar No. 90000036)
VEDDER PRICE, P.C.
1401 New York Avenue., NW
Suite 500
Washington, DC 20005
Tel: 202-312-3325
aramana@vedderprice.com
hrush@vedderprice.com

*Counsel for the Advocacy Holdings Parties*

**CERTIFICATE OF SERVICE**

I, Kenneth E. Chase, hereby certify that I served the foregoing via CM/ECF on September 29, 2026.

By: /s/ Kenneth E. Chase
Kenneth E. Chase