Vedder Price
1401 New York Avenue NW, Suite 500
Washington, DC 20005

T: +1 202 312 3320
F: +1 202 312 3322
vedder.com

Vedder

**M. Hunter Rush**
+1 (202) 312 3383
hrush@vedder.com

November 20, 2026

**VIA ECF FILING AND ELECTRONIC MAIL**

Hon. G. Michael Harvey
U.S. Magistrate Judge
U.S. District Court for the District of Columbia
Harvey_Chambers@dcd.uscourts.gov

**Re: Dispute Over Clevinger Parties' Failure to Supplement Discovery Responses**
**Clevinger v. Advocacy Holdings, Inc., D.D.C. Civil Action Nos. 1:23-cv-1159, -1176**

Dear Judge Harvey:

Pursuant to the Court's June 24, 2025 Discovery Standing Order (Dkt. No. 110), the Advocacy Holdings Parties respectfully request a telephone conference regarding the Clevinger Parties' obligation to supplement their discovery responses and production.

On October 21, 2026, the Advocacy Holdings Parties requested that the Clevinger Parties supplement their discovery responses pursuant to Federal Rule of Civil Procedure 26(e), including by producing documents reflecting income received by CiviClick and Superior Campaign Solutions. A copy of that letter is attached as **Exhibit 1**. The parties have been unable to resolve the dispute concerning the Clevinger Parties' supplementation obligations.

Counsel have conferred and are mutually available for a telephone conference on December 16, 2026, as reflected in the parties' email correspondence, attached as **Exhibit 2**.

The Advocacy Holdings Parties therefore respectfully request a telephone conference at the Court's convenience.

Sincerely,

M. Hunter Rush

M. Hunter Rush