Vedder Price
1401 New York Avenue NW, Suite 500
Washington, DC 20005

T: +1 202 312 3320
F: +1 202 312 3322
vedder.com

Vedder

**M. Hunter Rush**
+1 (202) 312 3383
hrush@vedder.com

October 21, 2026

**VIA ELECTRONIC MAIL**

Kenneth E. Chase
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
kchase@chaselaw.com

**Re: *Clevinger v. Advocacy Holdings, Inc., et al.*, Case Nos. 1:23-cv-1159-JMC-GMH & 1:23-cv-1176-JMC-GMH—Supplemental Discovery**

Dear Counsel:

I write regarding the continuing discovery obligations of Chazz Clevinger, CiviClick, Inc. ("CiviClick"), and Superior Campaign Solutions, LLC ("SCS") (collectively, the "Clevinger Parties"). Please review the Clevinger Parties' prior discovery responses and supplement any response that is materially incomplete or incorrect as required by Federal Rule of Civil Procedure 26(e).

For example, Document Request No. 4 seeks "[a]ll documents reflecting income you received from any source." The Clevinger Parties last produced invoices and other financial records on September 15, 2025. Please supplement that production with all responsive documents generated or received since that date, including all invoices issued by any of the Clevinger Parties and any documents reflecting income received by CiviClick and SCS, like bank account statements, income statements, and audit reports. Please supplement your discovery by 5:00 p.m. ET on October 30, 2026.

Very truly yours,

M. Hunter Rush

M. Hunter Rush

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

Chicago | Dallas | London | Los Angeles | Miami | New York | San Francisco | Singapore | Washington, DC

EXHIBIT
1