**From:** Kenneth E. Chase
**To:** Ramana, Anand
**Cc:** Flores, Martin H.; Darren D. Sturges; Rush, Hunter
**Subject:** RE: [EXT] RE: Clevinger v. Advocacy Holdings, Inc., et al., Case Nos. 1:23-cv-1159-JMC-GMH & 1:23-cv-1176-JMC-GMH—Supplemental Discovery Letter
**Date:** Wednesday, November 18, 2026 2:14:55 PM
**Attachments:** image002.png
image003.png

---

Mr. Ramana,

On September 29, 2026, you and I told Judge Cobb: “The Parties have completed discovery and agree that the case is ready for dispositive motions and, if necessary, trial.” ECF No. 143 at 1. Judge Cobb set the summary judgment schedule based on that representation.

Is Advocacy Holdings changing that representation?

If so, please identify what changed between September 29, 2026, when Advocacy Holdings said discovery was complete, and October 21, 2026.

Judge Harvey has already denied one request from Advocacy Holdings in this case because it was “an entirely new request” made after the close of discovery. ECF No. 142 at 1 n.1.

I am available on December 16, 2026 as necessary.

Thank you.

**Kenneth E. Chase**
Chase Law & Associates, P.A.
t 305.402.9800
kchase@chaselaw.com

**Boca Raton Office**
951 Yamato Road, Suite 280
Boca Raton, FL 33431

FLORIDA | CALIFORNIA
WASHINGTON, DC | NEW YORK
MASSACHUSETTS | MARYLAND | TEXAS

www.chaselaw.com

CHASE LAW
& ASSOCIATES, P.A.

*This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents*

EXHIBIT
2

*and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*

---

**From:** Ramana, Anand <aramana@vedder.com>
**Sent:** Wednesday, November 18, 2026 11:08 AM
**To:** Kenneth E. Chase <kchase@chaselaw.com>
**Cc:** Flores, Martin H. <mflores@vedder.com>; Darren D. Sturges <dsturges@chaselaw.com>; Rush, Hunter <hrush@vedder.com>
**Subject:** RE: [EXT] RE: Clevinger v. Advocacy Holdings, Inc., et al., Case Nos. 1:23-cv-1159-JMC-GMH & 1:23-cv-1176-JMC-GMH—Supplemental Discovery Letter

Counsel:

Rule 26(e) requires your clients to supplement discovery with documents unavailable at the time of the last production. There is no time limit to the obligation to supplement. We are asking for supplemental production of documents that did not exist at the time of your last production.

Please provide the requested dates today.

Regards,

**Anand Ramana**
Shareholder

Vedder

aramana@vedder.com
T +1 (202) 312 3325
Washington, D.C. | Bio | vedder.com | LinkedIn

*Our firm name has been changed to Vedder. Kindly note my new email address.*

---

**From:** Kenneth E. Chase <kchase@chaselaw.com>
**Sent:** Tuesday, November 17, 2026 3:42 PM
**To:** Rush, Hunter <hrush@vedder.com>
**Cc:** Ramana, Anand <aramana@vedder.com>; Flores, Martin H. <mflores@vedder.com>; Darren D. Sturges <dsturges@chaselaw.com>
**Subject:** [EXT] RE: Clevinger v. Advocacy Holdings, Inc., et al., Case Nos. 1:23-cv-1159-JMC-GMH & 1:23-cv-1176-JMC-GMH—Supplemental Discovery Letter [VED-VP.FID5463929]

Good afternoon counsel,

In its February 13, 2026 order, the Court confirmed: "discovery closed two months ago." That is December 2025. On September 29, 2026, the parties filed a joint status report where both sides agreed: "The Parties have completed discovery and agree that the case is ready for dispositive motions and, if necessary, trial." Judge Cobb then entered a briefing schedule on the parties' summary judgment motions.

Approximately a month after representing to the Court that "[t]he Parties have completed discovery," after a summary judgment briefing schedule was issued, and more than 10 months after discovery closed, you sent me an October 21, 2026 letter purporting to raise a discovery dispute.

Please explain how this is timely or proper.

Thank you.

**Kenneth E. Chase**
Chase Law & Associates, P.A.
t 305.402.9800
kchase@chaselaw.com

**Boca Raton Office**
951 Yamato Road, Suite 280
Boca Raton, FL 33431

FLORIDA | CALIFORNIA
WASHINGTON, DC | NEW YORK
MASSACHUSETTS | MARYLAND | TEXAS

www.chaselaw.com

CHASE LAW
& ASSOCIATES, P.A.

*This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*

---

**From:** Rush, Hunter <hrush@vedder.com>
**Sent:** Tuesday, November 17, 2026 3:26 PM
**To:** Kenneth E. Chase <kchase@chaselaw.com>

**Cc:** Ramana, Anand <aramana@vedder.com>; Flores, Martin H. <mflores@vedder.com>
**Subject:** RE: Clevinger v. Advocacy Holdings, Inc., et al., Case Nos. 1:23-cv-1159-JMC-GMH & 1:23-cv-1176-JMC-GMH—Supplemental Discovery Letter [VED-VP.FID5463929]

Afternoon, Counsel:

Please let us know your availability on December 1–2, 7–8, 14–18, and 21–23 for the discovery teleconference per the Court's instructions.

Regards,

Hunter

**M. Hunter Rush**
Associate

Vedder

hrush@vedder.com
T +1 (202) 312 3383
Washington, D.C. | Bio | vedder.com | LinkedIn

*Our firm name has been changed to Vedder. Kindly note my new email address.*

---

**From:** Rush, Hunter
**Sent:** Wednesday, October 21, 2026 10:54 AM
**To:** Kenneth E. Chase <kchase@chaselaw.com>
**Cc:** Ramana, Anand <aramana@vedder.com>; Flores, Martin H. <mflores@vedder.com>
**Subject:** Clevinger v. Advocacy Holdings, Inc., et al., Case Nos. 1:23-cv-1159-JMC-GMH & 1:23-cv-1176-JMC-GMH—Supplemental Discovery Letter [VED-VP.FID5463929]

Dear Counsel:

Please see the attached correspondence.

Hunter

**M. Hunter Rush**
Associate

Vedder

hrush@vedder.com
T +1 (202) 312 3383

Washington, D.C. | Bio | vedder.com | LinkedIn

*Our firm name has been changed to Vedder. Kindly note my new email address.*

---

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price (FL) LLP, which operates in Florida, and Vedder Price Pte. Ltd., which operates in Singapore.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

d250106us