**From**: Kenneth E. Chase [kchase@chaselawdc.com]
**Sent**: 2/1/2023 4:52:28 PM
**To**: John Koepke [jkoepke@redchalk.com]
**CC**: Raymond Zenkich [rzenkich@redchalk.com]
**Subject**: Chazz Clevinger Resignation and Assignment of Stock
**Attachments**: Clevinger - Letter re Advocacy Holdings 2.1.2023.pdf; Advocacy Holdings, Inc. - Assignment 2.1.2023.pdf

Good afternoon Mr. Koepke:

Please see attached.

**Kenneth E. Chase**
Chase Law & Associates, P.A.
t 305.402.9800
kchase@chaselaw.com

**Miami Office**
1141 71st Street
Miami Beach, FL 33141

FLORIDA | CALIFORNIA
WASHINGTON, DC | NEW YORK
MASSACHUSETTS | MARYLAND | TEXAS

www.chaselaw.com

CHASE LAW
& ASSOCIATES, P.A.

*This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*

CHASE LAW
& ASSOCIATES, P.A.

February 1, 2023

John Koepke
Advocacy Holdings, Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Kenneth E. Chase
Chase Law & Associates, P.A
1141 71st Street
Miami Beach, FL 33141
t 305.402.9800
kchase@chaselaw.com

*Via Fedex and email to jkoepke@redchalk.com*

*Re: Chazz Clevinger Resignation and Assignment of Stock*

Dear Mr. Koepke:

I represent Chazz Clevinger. Mr. Clevinger hereby resigns his position as the CEO of OneClickPolitics effective immediately. As I understand it, in Chicago on January 17, 2023 at approximately 8:30 pm, Mr. Clevinger was the victim of an aggravated criminal assault as you threatened to "take a baseball bat" to Mr. Clevinger's person. Given the serious history between you and Mr. Clevinger, this was not interpreted as a joke. This aggravated assault has been reported to the Chicago police department and an investigation has been opened under case number JG137175. As I understand it, you have also engaged in numerous acts of harassment, threats, and other misconduct toward Mr. Clevinger.

Mr. Clevinger wants nothing more to do with OneClickPolitics or you. Accordingly, Mr. Clevinger has transferred his 55,000 shares of Class B Non-Voting Common Stock of Advocacy Holdings, Inc. pursuant to the accompanying assignment. Mr. Clevinger has also returned all company property including computers via Fedex, tracking number 394089852793. Do not directly contact Mr. Clevinger for any reason. If you have any questions, please contact me.

Very truly yours,

Kenneth E. Chase

cc: Raymond Zenkich (via email to rzenkich@redchalk.com)