ONECLICKPOLITICS

July 12, 2021

Mr. John Koepke
Founder and Chairman
Advocacy Holdings, Inc.
1 N. Wacker Drive
Chicago, IL 60606

John,

Please find signed and attached all appropriate documents relating to the exercising of my 55,000 Class B Shares granted in accordance with my Non-Qualified Stock Option Agreement.

Pursuant to Article 6, Section 3 (below) of the One Click Politics Stock Incentive Plan, I am exercising 100% of my fully vested stock award of 55,000 shares, for which payment was rendered December 11, 2020. A copy of the front and back of my cancelled check is attached as proof of payment.

> *.....An Award shall be deemed to be claimed or exercised when the Secretary or other designated official of the Company receives appropriate written notice, on such form acceptable to the Company, from the Recipient, together with payment of the applicable purchase or exercise price made in accordance with the Award Agreement....*

As Chairman of Advocacy Holdings, you are now in possession of the appropriate signed documents, and all of the requirements have been met for my 55,000 shares to be considered exercised. Please countersign pages 6 and A-2. Once signed, please provide me with copy for my records at your earliest convenience.

Sincerely,

Chazz D. Clevinger

Chazz Clevinger
Chief Executive Officer
One Click Politics