Planet Depos
We Make It Happen™

# Transcript of Christopher Tosto

**Date:** December 5, 2025
**Case:** Advocacy Holdings -v- Clevinger, et al./Clevinger -v- Advocacy Holdings, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------x
CHAZZ CLEVINGER, :
Plaintiff, :
v. : Case No.:
ADVOCACY HOLDINGS, INC., : 1:23-cv-1159-JMC
and :
RED CHALK GROUP, LLC, :
and :
JOHN KOEPKE, :
and :
RAYMOND ZENKICH, :
Defendants. :
-----------------------------x
ADVOCACY HOLDINGS, INC., :
Counter-Plaintiff, :
v. :
CHAZZ CLEVINGER, et al., :
Counter-Defendants. :
-----------------------------X

Deposition of CHRISTOPHER TOSTO

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF AND
COUNTER-DEFENDANTS:
KENNETH CHASE, ESQUIRE
CHASE LAW & ASSOCIATES, PA
1141 71st Street
Miami Beach, FL 33141
305.402.9800

ON BEHALF OF THE DEFENDANTS AND
COUNTER-PLAINTIFF:
ANAND RAMANA, ESQUIRE
VEDDER PRICE, P.C.
1401 New York Avenue NW
Suite 500
Washington, DC 20005
202.312.3320

ALSO PRESENT:
Chazz Clevinger

P R O C E E D I N G S

CHRISTOPHER TOSTO,

being first duly sworn, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANTS AND COUNTER-PLAINTIFF

BY MR. RAMANA:

Q Good morning.
A Good morning.
Q Can you, please, state your name for the record.
A Christopher Joseph Tosto.
Q All right. My name is Anand Ramana. I am counsel for Advocacy Holdings, Red Chalk Group, John Koepke and Raymond Zenkich, in two cases that have been consolidated in the United States District Court for the District of Columbia, case numbers 1:23-CV-11589, in which Mr. Clevinger is the plaintiff, and 1:23-CV-1176, in which Mr. Clevinger is the defendant.
Are you aware of these cases?

bringing into OCP is CEDIA?
A Correct.
Q Okay.
A And I wasn't there very long at OCP.
Q So let's talk about what OCP products and services were offered while you were there.
Can you recall?
A So grassroots advocacy is what I worked on with them.
Q And that's the grassroots advocacy software?
A Software, correct.
Q Online platform?
A Correct.
Q Oneclickpolitics.com?
A Correct.
Q And can you remember what kind of services OCP would offer?
A So they did that. They did do the consulting work because Christopher was handling kind of the consulting, you know, end of things. Professional services, if you will, I think is

what Christopher's title was, something along the lines of professional services.
Q Did -- I'm sorry, go ahead.
A And then that would be the primary stuff that they were doing, the grassroots advocacy and kind of professional services around that grassroots advocacy is what I recall.
Q So while you were there, OCP had grassroots advocacy, online platform, right?
A Correct.
Q And that's oneclickpolitics.com?
A Correct.
Q And can you describe what that grassroots advocacy software offered those who signed up for it?
A So kind of the run of the mill, the same thing as PolicyEngage, VoterVoice, Phone2Action, you know. I grew up in the bakery business, right, I grew up in Sensi's (phonetic) Bakery, we sold cannolis, La Casha (phonetic) sold cannolis, Modern sold cannolis. It's just a different cannoli.

getting laid off, no one's coming -- you know, John, Raymond, no one's come to me saying, hey, we're laying these people off but we want you -- we're going to bring you on or we're going to do this. There was, like, dead silence. So it was kind of like, okay, what's happening next?

Q So you wanted to beat them to the punch? You wanted to quit before they fired you?

MR. CHASE: Objection.

A I wanted to find something prior to that, yeah.

Q So did you have anything lined up when you decided to resign?

A So Chazz had -- so I talked to Chazz briefly before there, kind of what the hell's going on, he mentioned that he was going to be starting his own thing.

Q When was that?

A That would have been sometime in January. And I was like, take me with you.

Q And what did he tell you about starting his own thing in January of 2023?

A The Mass Tort.
Q And when was that?
A I don't recall when it was, but that would have been earlier.
Q While you were at OCP?
A Correct.
Q So you said you took the OCP job because you needed to put food on the table, right?
A Uh-huh.
Q But you decided, after eight months, to quit, knowing that you may have an opportunity but not what -- you didn't know anything about what the opportunity was, right?
A Yeah. It was a -- I made the decision. Was it a smart decision at the time? You know, when you say it that way, but, yeah, it was a decision I made.
Q When was the first time that Mr. Clevinger talked to you about how much you would be paid at CiviClick?
A It would have been in February.

Q And what was that decision, when you discussed that -- strike that.
How much did CiviClick offer to pay you when you first started?
MR. CHASE: Objection as to salary.
But you can answer.
A About the same. I think it was the same of what I was making at OCP, it was a match, if I recall.
Q And when was the last time you were paid by SCS; do you recall?
A I don't recall.
Q I mean, has it been in the last year or two?
A I don't recall when it was. It was not a long period of time.
Q When did Mr. Clevinger discuss with you your scope of duties at CiviClick?
A It would have been in February.
Q Do you remember when in February?
A I don't.
Q And what did he say your scope of

duties would be --
A It would be --
Q -- at CiviClick?
A I apologize for jumping in.
Q That's okay.
In February of '23?
A It would have been client success on the client side.
Q So, basically, the same thing you were doing at OCP, you would be doing at CiviClick?
A I would say more of what I was doing at PolicyEngage, being that person who's going to be handling all client operations.
Q Okay. So a larger role than you had at OCP, but similar to the one at PolicyEngage?
A Correct.
Q Other than client success, what else did he say you were going to do?
A That was --
MR. CHASE: Objection. Time frame.
MR. RAMANA: In February of 2023.
A Just clients.

Q Just clients?
A Just clients.
Q Once you -- and when did you start at CiviClick?
A I believe it would have been February, February/March. What was it showing here? It's showing August of 2023. No. March, yeah.
Q So February/March 2023?
A Yeah.
Q All right. And it says here you started as vice president of client services. That's what you were holdings yourself out as, right?
A Correct.
Q But you weren't the vice president of client services; that's your testimony?
MR. CHASE: Objection.
A Correct.
Q Okay. When you started at CiviClick, what were your actual scope of duties? Were they the same?
A It was client --

Q Were they the same as what you had discussed in February?
A Yes.
And, you know, it may sound odd to you, but when you're doing this line of work and you're working for small companies, titles don't matter.
So especially when you're a 1099, you want something good to put on the resume and what it is you're doing, but as far as, you know -- so as far as, like, you know, you're vice president of client services versus director of client services versus COO. You're doing the same work. It doesn't matter.
Q Well, I mean, they matter, seem to matter enough where you are holding yourself out to be the vice president and then upgrading yourself to chief operating officer, right?
A For resume-building, sure. But as far as what it's doing on the day-to-day operations, no.
Q Well, are you building your resume to leave CiviClick?

MR. CHASE: Objection.
A No. I think you're building your resume, right, to be able to have some of that, you know, legitimacy, right, as you're talking to people.
Q Well, but if you're telling me you're not the chief operating officer, that's not really legitimate, then, is it?
MR. CHASE: Objection.
A Well, if you're putting down that you're 1099 contract worker, I mean, that's -- I don't know, so...
Q So your scope of duties once you started at CiviClick, has it changed from the day that you started to today?
A It's been full-on client happiness. So it's the -- it's been the same. It's been working with clients from the time we get them, bringing them in, you know, onboarding. If there's a problem, report that there's a problem.
Q And so, Mr. Clevinger brings in the clients, and then you onboard them and create the

dramatic way, especially since nothing's proprietary?

Q First of all, you've got to stop talking about cannolis because you're going to get me hungry.

Second of all, using your analogy, did OCP have a cannoli?

A Yes.

Q So did the platform design of CiviClick look like the platform design of OCP?

MR. CHASE: Objection. Speculation and vagueness.

A It looked like it was a digital grassroots advocacy platform.

Q But did they look --

A They all look -- they all look the same.

Q They all look the same?

A They all look the same.

Q So OCP and CiviClick all look the same?

A So you're --

MR. CHASE: Objection. Asked and

MR. RAMANA: Back on the record.
BY MR. RAMANA:
Q Would you say that CiviClick provides digital advocacy services?
A Yes.
Q Would you say that CiviClick provides advocate acquisition services?
A Yes.
Q Would you say that CiviClick provides grassroots advocacy services?
MR. CHASE: Objection. Speculation.
A What difference -- grassroots advocacy?
Q Grassroots advocacy services through its platform?
A Through the platform, which would be digital grassroots advocacy?
Q Same thing?
A CiviClick is a digital grassroots advocacy company.
Q So, yes?
A Yes.
Q Would you say that CiviClick provides

thing to do, would be to not be in the system. Look, I'm not out to screw anyone or anything, you know. So, I can -- it was, you know, I was leaving, so I would have logged out of everything and sent it on a personal.

MR. RAMANA: Will you mark this as 3, please.

(Tosto Exhibit 3 marked for identification and attached to the transcript.)

Q Can you take a look at Exhibit 3 and let me know when you're finished, please.

A This would be my resignation email.

Q And your resignation email is below there, on Wednesday, February 1, right?

A Uh-huh, right.

Q And it's at 3:45 p.m., right?

A Correct.

Q Any reason to believe that that date and time is wrong?

A No. That sounds about right. End of January, early February.

Q Okay. So it says you decided to part

CERTIFICATE OF REPORTER - NOTARY PUBLIC

I, JUDITH E. BELLINGER, RPR, CRR, CSR, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me and thereafter reduced to typewriting under my direction; that reading and signing was not requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 12th day of December, 2025.

My Commission Expires: January 1, 2027

Judith E. Bellinger

_________________________

NOTARY PUBLIC IN AND FOR

THE DISTRICT OF COLUMBIA