IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -+

| | |
|---|---|
| CHAZZ CLEVINGER, | |
| Plaintiff, | Case Number: |
| vs. | 23-cv-1159 |
| ADVOCACY HOLDINGS, INC., d/b/a OneClickPolitics, and JOHN KOEPKE, | |
| Defendants. | |

- - - - - - - - - - - - - - -+

Deposition of
JOHN KOEPKE
Wednesday, December 10, 2025
10:41 a.m.
in Washington, D.C.

Veritext 7792450
Reported by: Laurie Donovan, RPR, CRR, CLR

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

Chase Law & Associates, P.A.
951 Yamato Road
Suite 280
Boca Raton, Florida 33431
(305)402-9800
By: Kenneth E. Chase, Esq.
kchase@chaselaw.com

ON BEHALF OF JOHN KOPEKE, ADVOCACY HOLDINGS AND RED CHALK GROUP:

VedderPrice, P.C.
1401 New York Avenue, NW
Suite 500
Washington, D.C. 20005
(202)312-3325
By: Anand Ramana, Esq.

ALSO PRESENT:

Chazz Clevinger

---------------------------------------------------

P R O C E E D I N G S

10:41 a.m.

---------------------------------------------------

* * * * *

Whereupon,

JOHN P. KOEPKE,

having been first duly sworn, testified
upon his oath as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFF

BY MR. CHASE:

Q Good morning, sir. Can you please state your name for the record.

A John Koepke.

Q Can you please spell it.

A J-O-H-N, K-O-E-P-K-E.

Q Have you previously given a deposition?

A No.

Q Have you previously testified under oath?

A Yes.

Q All right. The way a deposition works is I will ask the questions. You give the answers. You've been sworn in to answer under oath.

If you don't understand any of my questions, let me know, and I can clarify.

'23. That was through February '23.
Q Okay. You didn't provide capital contributions after that point?
A I don't --
MR. RAMANA: The document speaks for itself. Go ahead.
THE WITNESS: I don't think so.
BY MR. CHASE:
Q Okay. So you said the company had always operated at a break-even point. Uh, not really that -- not really true, because, in fact, you had a number of capital calls before Mr. Clevinger left?
MR. RAMANA: Objection; argumentative. Go ahead.
THE WITNESS: We contributed capital pro rata at the end of '22, because the company started declining probably beginning of May/June of '21.
BY MR. CHASE:
Q So let me ask you a question. What percentage of the company did Mr. Clevinger own, let's say when he got his B shares?
A Mr. Clevinger owned approximately ten percent.
Q All right, and so the other 90 percent were

owned by you and Mr. Zenkich?
A Okay. Are you asking?
Q Yes. That's my question.
A Okay. Yes.
Q Okay. So let's say Mr. Clevinger, for every thousand dollars that he would put in in terms of the capital call, you and Mr. Zenkich would put in nine thousand, a nine-to-one ratio?
A Okay. Pro rata. It was pro rata.
Q Okay, right. So if Mr. Clevinger put in $55,000, you and Mr. Zenkich would have put in $450,000?
A That's correct.
Q Something like that?
A That's correct.
Q And in fact, did that happen?
A Yes.
Q Okay. So the company was running. So since Mr. Clevinger received equity, the company was running half a million dollars in the red?
A Mr. Clevinger received his equity in December of 2020, okay, and I believe the first need for additional capital was in 2022. So again, the company started to decline in mid '21, and then toward the end of '22, it declined much -- kind of quicker,

BY MR. CHASE:
Q So you just spun it off for no compensation?
A Well, the assets were put into a separate vehicle, Advocacy Holdings.
Q Okay. What is the valuation of Advocacy Holdings?
MR. RAMANA: Objection; calls for speculation, calls for expert testimony. Go ahead.
THE WITNESS: Right now?
BY MR. CHASE:
Q Yes.
A I don't, I don't know.
Q Is it worth a dollar?
MR. RAMANA: Objection; calls for expert testimony, speculation --
THE WITNESS: I don't speculate.
MR. RAMANA: Hold on. Hold on. Calls for expert testimony, calls for speculation. Go ahead.
THE WITNESS: I don't know what it's worth.
BY MR. CHASE:
Q Okay, and in fact, end of 2021, Evan Ashy left the organization, correct?
A I don't know when Evan left. I don't

Q During the January 2023 meeting in Chicago with yourself, Mr. Clevinger, and Mr. Zenkich in the conference room.
A In a conference room?
Q Do you remember that?
A Well, we had a meeting, we had a strategy meeting all day, yeah.
Q Okay. Were you happy with the progress of the company?
A We were aspiring for more, but the purpose of the event was to try to create some strategies, some ideas to further build the business.
Q Okay. Were you happy with the progress?
A Of what? The meeting?
Q Yeah.
A Yeah, I thought the meeting was productive.
Q You were a happy guy that day? That's happy John?
MR. RAMANA: Argumentative, asked and answered, totally irrelevant. Keep going.
THE WITNESS: The meeting was productive. We came up with a list of ideas, things we would do.
BY MR. CHASE:
Q And did you say that we're going to beat up

on Chazz?
A No, I did not say that.
Q Do you remember that you did not say it, or do you just not recall whether or not you said it?
A I said I did not say it.
Q You're certain you did not say it?
MR. RAMANA: Asked and answered.
BY MR. CHASE:
Q Have you reviewed Mr. Zenkich's testimony?
A No.
Q Have you spoken to Mr. Zenkich about his testimony?
A A little bit.
Q Have you spoken to Mr. Zenkich about the incident in January 2023?
A Uh, maybe a little bit. Maybe, uh, when the -- a little bit.
Q Do you recall saying to Mr. Clevinger we're going to beat up on Chazz with a baseball bat?
A No.
Q You don't remember saying that?
A No.
Q Would that be something that you would say?
A No.
Q Well, what would you say? Remember? I keep

CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

I, Laurie Donovan, Registered Professional Reporter, Certified Realtime Reporter, and notary public for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 26th day of December 26, 2025.

My commission expires: July 14, 2027

____________________________

LAURIE DONOVAN
NOTARY PUBLIC IN AND FOR
THE DISTRICT OF COLUMBIA