**John Koepke**

**Subject:** FW: Wisconsin Supreme Court Race

---------- Forwarded message ---------
From: **Garrett DeVries** <gdevries@freedomworks.org>
Date: Thu, Mar 9, 2023 at 5:16 PM
Subject: Wisconsin Supreme Court Race
To: Chazz Clevinger <chazz@oneclickpolitics.com>

Hello Chazz -

Was curious what your WI universe looks like. We are wanting to list build a little bit in WI and get some folks to attend some Grassroots events in WI down the stretch for possible GOTV and Training events.

We currently have about 9K email optin from WI and would really like to see that list grow before election day on April 4th.

Thanks

Garrett DeVries
Chief Technology Officer
FreedomWorks
--
Chazz Clevinger
Chief Executive Officer
OneClickPolitics
1824 Jefferson Place NW
Washington, DC 20036
Direct: 202-957-6687
Email: chazz@oneclickpolitics.com
Website: www.oneclickpolitics.com
Book a Meeting: https://calendly.com/chazzclevinger

**2020, 21' & 22' Reed Award Winner: "Best Advocacy Technology Platform"**



CLEVINGER PARTIES CONFIDENTIAL 0001444

**EXHIBIT 10**

**John Koepke**

**Subject:** FW: FreedomWorks - Termination Effective Immediately

---------- Forwarded message ---------
From: **Garrett DeVries** <gdevries@freedomworks.org>
Date: Thu, Mar 23, 2023 at 5:55 PM
Subject: FreedomWorks - Termination Effective Immediately
To: Darren Pyles <darren@oneclickpolitics.com>

Hello Darren -

This email will serve as notice that we, FreedomWorks, are terminating our relationship with One Click Politics effective immediately 03/23/23.

At this time we do not believe current issues with your platform can be resolved as we are seeing non-delivery of basic agreed upon services. Thank you for your cooperation in this matter.

We wish you all the best,

Garrett DeVries
FreedomWorks
Chief Technology Officer

--
Thanks,

Darren Pyles
Director, Customer Success
One Click Politics
1824 Jefferson Place NW
Washington, DC 20036
darren@oneclickpolitics.com
www.oneclickpolitics.com
202.417.8019

**2020 & 2021 Winner of the Reed Award from Campaigns and Elections for "Best Advocacy Technology Platform" and "Best innovation in Advocacy"**