## Rima Khoury

**From:** Christopher Hudgins <C.Hudgins@air.global>
**Sent:** Friday, March 21, 2025 11:44 AM
**To:** Rima Khoury
**Subject:** FW: Renewal for 10k

**CHRISTOPHER HUDGINS**
CORA Director, Americas
C.Hudgins@air.global

air AIR Global
3525 Whitehall Park Dr., Suite 300
Charlotte, 28273, United States

AL FAKHER
25 YEARS
ALWAYS FORWARD
*CELEBRATING HERITAGE & BEYOND AS THE WORLD'S #1 SHISHA BRAND*

**From:** Rima Khoury <rima@fumari.com>
**Sent:** Friday, March 11, 2022 5:45 PM
**To:** Chazz Clevinger <chazz@oneclickpolitics.com>; Darren Pyles <darren@oneclickpolitics.com>
**Subject:** Re: Renewal for 10k

> **[EXTERNAL EMAIL]** *** This message is from an external organization. Exercise caution when opening attachments or clicking links, especially from unknown senders. In case of doubt please contact IT on IT@alfakher.com ***

Great! Got the invoice from McKenna.

**RIMA KHOURY, ESQ.**
GENERAL COUNSEL
(619) 331-3535 EXT. 723
**FUMARI INC.**

The information in this email is confidential. It is intended only for the use of the individuals or entities named above. You are hereby notified that if you are not the intended recipient, or employee or agent responsible for delivering it to the intended recipient, any use, dissemination, distribution or copying of the information in this email is strictly prohibited. If you receive this email in error, please notify us immediately by telephone and delete the original. Thank you.

**From:** Chazz Clevinger
**Date:** Thursday, March 10, 2022 at 9:22 PM
**To:** Rima Khoury , Darren Pyles
**Subject:** Re: Renewal for 10k

Rima,

That works for us. We'll send out your renewal invoice for 10k. Once the payment of 6k is received, our accounting team will reduce the balance owed to 4k, which you can pay in 3-6 months. I have copied Darren Pyles from our support team. He will be happy to conduct a training session for Thomas.

All the Best,

Chazz Clevinger
Chief Executive Officer
OneClickPolitics
1824 Jefferson Place NW
Washington, DC 20036
Mobile: 202-957-6687
Direct: 202-414-7579
Office: 202-414-7581 ext. 102
Email: chazz@oneclickpolitics.com
Website: www.oneclickpolitics.com
Book a Meeting: https://calendly.com/chazzclevinger

**2020 & 2021 Reed Award Winner "Best Advocacy Technology Platform"**

On Wed, Mar 9, 2022 at 1:01 PM Rima Khoury <rima@fumari.com> wrote:

> Chazz,
>
> I spoke to the team and we can do $10K for the OCP renewal, $6K at renewal and $4K in 4-6 months. Let me know if this works.
>
> I would also like to have Thomas Lawton, Fumari's Gov't Affairs person, trained to do OCP postings. I feel like NHCA has underutilized OCP and hope to change that going forward.
>
> **RIMA KHOURY, ESQ.**
> GENERAL COUNSEL
> (619) 331-3535 EXT. 723
> **FUMARI INC.**