**From:** "Chazz Clevinger" <chazz@civiclick.com>
**Sent:** Tue, 21 Mar 2023 19:28:49 +0000
**To:** "Erich M Pratt" <pratterich@gunowners.org>
**Cc:** "John Velleco" <jvelleco@gunowners.org>
**Subject:** Re: Thanks for Your Time

They most definitely can! :-)

CI will be able to all the things they could do with OneClick and a lot more including injecting action alerts from CiviClick into CI emails and also redirecting people to a fundraising page after they take action, which I know are both critical functions for GOA.

So, what are best next steps? Should I send you and John a contract for CiviClick? And then get Gerald, Zeke, and Mine scheduled for training?

How about NationBuilder? Should we hold off on them for now? Or add them in as well.

On Tue, Mar 21, 2023 at 2:44 PM Erich M Pratt <pratterich@gunowners.org> wrote:

> Then "integrating" is not the right word. But when Campaign Inbox sends out an email, the people who take action use OneClick to send their letters to Congress. And CI has full access to OneClick and knows how to set up the widgets.
>
> As long as CI can continue to do that with CiviClick, we're happy!
>
> Erich
>
> ---
>
> **From:** Chazz Clevinger <chazz@civiclick.com>
> **Sent:** Tuesday, March 21, 2023 2:40 PM
> **To:** Erich M Pratt <pratterich@gunowners.org>
> **Cc:** John Velleco <jvelleco@gunowners.org>
> **Subject:** Re: Thanks for Your Time
>
> Erich - Campaign Inbox does not integrate with OneClick currently. I'm not sure where you got that information. Perhaps it integrates with VoterVoice?
>
> Parks doesn't see any hiccups with CiviClick. We discussed it.

On Tue, Mar 21, 2023 at 2:33 PM Erich M Pratt <pratterich@gunowners.org> wrote:

Question: Given that Campaign Inbox integrates well with OneClick, what hiccups could there be that prevent them from integrating with CiviClick?

---

**From:** Chazz Clevinger <chazz@civiclick.com>
**Sent:** Tuesday, March 21, 2023 2:07 PM
**To:** Erich M Pratt <pratterich@gunowners.org>
**Cc:** John Velleco <jvelleco@gunowners.org>
**Subject:** Re: Thanks for Your Time

Erich,

Alternatively, GOA could keep VoterVoice for email sends (instead of NationBuilder) and just drop OneClickPolitics in favor of CiviClick for state alerts and fundraising redirects once advocates take action.

The benefits of NationBuilder include:

1. Unlimited Email Sends
2. Protection Against De-platforming
3. Integration with CiviClick (and willingness to integrate with Campaign Inbox).

I could probably get NationBuilder to commit to integrating with Campaign Inbox if a deal is executed by the end of the quarter. We have leverage right now to get the best terms from them because their sales quarter ends next week.

Thanks,

Chazz

On Tue, Mar 21, 2023 at 1:58 PM Chazz Clevinger <chazz@civiclick.com> wrote:

Erich,

It seems I was incorrectly under the impression that Parks' opinion on internal email sending for GOA was relevant to this decision. My apologies.

NationBuilder would exclusively be used for internal GOA email sends to replace Voter Voice. It would not replace what Parks is doing for fundraising emails.

Hypothetically, you could ask Parks to use NationBuilder for his email sends as well, since NationBuilder has agreed to offer GOA unlimited email sends with no caps.

I'm just trying to figure out best next steps from here to keep the ball moving toward the goalpost.

Do you want me to give a demo on CiviClick and NationBuilder to Gerald, Mike, and Zeke this week? If so, does 11am on Thursday work for them? If yes, I'll send over a calendar invite.

It doesn't sound like Parks wants/needs to attend the meeting based on his last email to me, which you were copied on.

Thanks,

Chazz

On Tue, Mar 21, 2023 at 1:02 PM Erich M Pratt <pratterich@gunowners.org> wrote:

Chazz:

I'm not sure what that means when you say "internal GOA email sends." Parks has no say over that, because "internal" sends go out from GOA, and not from Parks.

Are you meaning to say that Parks gave approval for sending HIS emails (for GOA) using NationBuilder?

Erich

---

**From:** Chazz Clevinger <chazz@civiclick.com>
**Sent:** Tuesday, March 21, 2023 12:48 PM
**To:** Erich M Pratt <pratterich@gunowners.org>; John Velleco <jvelleco@gunowners.org>
**Subject:** Re: Thanks for Your Time

Hi Erich,

Parks gave his approval on NationBuilder for internal GOA email sends. In terms of the follow up meeting this week; do you want me to give a demo of CiviClick and Nationbuilder to Mike, Gerald, and Zeke? Also, would Thursday morning at 11am work for a follow up meeting?

Thanks,

Chazz

On Fri, Mar 17, 2023 at 3:52 PM Erich M Pratt <pratterich@gunowners.org> wrote:

Chazz,

Please email three people for next week's meeting:

Michael.Csencsits@gunowners.org

zeke@gunowners.org

goaadmin@gunowners.org (Gerald)

Thanks.

Erich

---

**From:** Chazz Clevinger <chazz@civiclick.com>
**Sent:** Friday, March 17, 2023 12:12 PM
**To:** Parks Bennett <parks@campaigninbox.com>
**Cc:** melissa@campaigninbox.com; Erich M Pratt <pratterich@gunowners.org>
**Subject:** Thanks for Your Time

Parks and Melissa,

Thanks for taking time to chat today with GOA, NB, and I.

If you have an alternative to NationBuilder for large volume email sends; then I'm totally okay with that. However, if you believe NB is a good fit for GOA, I can certainly stand behind them based on my own experience.

NB currently supports the email sending programs for both Firearms Policy Coalition and National Rifle Association to offer some perspective, and if you need anything

from them, I can get you connected to their C-Level folks, so you always have a path to resolve any problems.

Feel free to choose any time that works for you on Monday and Tuesday using my calendar link and I'll loop in GOA and NationBuilder for a follow up talk: https://calendly.com/civiclick/demo

If there is anything you want to chat about offline before the meeting; feel free to call my cell: 202-957-6687.

Also, I'd love to chat more about Campaign Inbox's services. I have many other conservative customers, who could benefit from what you do.

Thanks,

Chazz

--

Chazz Clevinger

Founder & CEO

CiviClick, Inc.

1629 K Street NW, Suite 300

Washington, DC 20006

Office: 800-397-3924

Direct: 202-957-6687

chazz@civiclick.com

www.civiclick.com

https://calendly.com/civiclick/demo

--

Chazz Clevinger

Founder & CEO

CiviClick, Inc.

1629 K Street NW, Suite 300

Washington, DC 20006

Office: 800-397-3924

Direct: 202-957-6687

chazz@civiclick.com

www.civiclick.com

https://calendly.com/civiclick/demo

--

Chazz Clevinger

Founder & CEO

CiviClick, Inc.

1629 K Street NW, Suite 300

Washington, DC 20006

Office: 800-397-3924

Direct: 202-957-6687

chazz@civiclick.com

www.civiclick.com

https://calendly.com/civiclick/demo

CiviClick

--

Chazz Clevinger

Founder & CEO

CiviClick, Inc.

1629 K Street NW, Suite 300

Washington, DC 20006

Office: 800-397-3924

Direct: 202-957-6687

chazz@civiclick.com

www.civiclick.com

https://calendly.com/civiclick/demo

CiviClick

--

Chazz Clevinger

Founder & CEO

CiviClick, Inc.

1629 K Street NW, Suite 300

Washington, DC 20006

Office: 800-397-3924

Direct: 202-957-6687

chazz@civiclick.com

www.civiclick.com

https://calendly.com/civiclick/demo

CiviClick

--

Chazz Clevinger

Founder & CEO

CiviClick, Inc.

1629 K Street NW, Suite 300

Washington, DC 20006

Office: 800-397-3924

Direct: 202-957-6687

chazz@civiclick.com

www.civiclick.com

https://calendly.com/civiclick/demo

CiviClick