Message

**From:** Patrick Plein [pplein@mail.conservative.org]
**Sent:** 3/18/2025 12:32:04 PM
**To:** chazz@civiclick.com
**Subject:** Re: Invoice 0398 from CiviClick, Inc.

Thanks Chazz – it was my understanding that we have not been using the CivicClick software for over a year and cancelled the partnership, so confused as to this invoice.

Patrick Plein
American Conservative Union Foundation
Nolan Center for Justice
1199 N. Fairfax St. Suite 500
Alexandria, VA 22314
Office: 202-347-9388
Cell: 619-980-1232

*******************

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of the American Conservative Union or American Conservative Union Foundation must not be taken to have been sent or endorsed by either organization. No representation is made that this email or its attachments are without defect. If you received this email in error, please immediately notify postmaster@conservative.org.

---

**From:** CiviClick, Inc. <quickbooks@notification.intuit.com>
**Date:** Tuesday, March 18, 2025 at 5:14 AM
**To:** Patrick Plein <pplein@mail.conservative.org>, julie@lagniappecommunications.com <julie@lagniappecommunications.com>
**Cc:** chazz@civiclick.com <chazz@civiclick.com>
**Subject:** Invoice 0398 from CiviClick, Inc.

CiviClick

## Your invoice is ready!

BALANCE DUE $12,125.00

View and pay

Pay VISA DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

Patrick and Julie,

Thank you for trusting CiviClick. We appreciate your confidence and the opportunity to build this partnership. The invoice for your annual grassroots advocacy software subscription for CiviClick is attached. Please pay by ACH, wire, or credit card.

All the Best,

Chazz Clevinger
Founder & CEO
CiviClick, Inc.
1629 K St NW, Suite 300
Washington, DC 20006
chazz@civiclick.com
202-957-6687
www.civiclick.com

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

If you receive an email that seems fraudulent, please check with the business owner before paying, or you can forward the email to security@intuit.com so we can look into it. Read more at security.intuit.com.

Powered by QuickBooks
© 2025 Intuit, Inc. All rights reserved.
Privacy | Security | Terms of Service

# INVOICE

CiviClick

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

## Mr. David Safavian

**Bill to**
Mr. David Safavian
American Conservative Union Foundation
1199 N Fairfax St
Suite 500
Alexandria, VA 22314

**Invoice details**
Invoice no.: 0169
Terms: Net 15
Invoice date: 01/18/2024
Due date: 02/02/2024

| # | Product or service | SKU | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick**<br>Annual Grassroots Advocacy Software Subscription | | 1 | $12,125.00 | $12,125.00 |

**Total** **$12,125.00**

Overdue 02/02/2024

## Ways to pay

Pay VISA DISCOVER BANK

Please pay by bank transfer or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

Pay invoice

# Bill Payment

1 online banking match

| DATE | TYPE | AMOUNT | BANK DETAIL | MODE | |
|---|---|---|---|---|---|
| 03/12/2024 | DEBIT | -$12,125.00 | BILL_PAY INTUIT 72524802, CCD | Automatically matched | Unmatch |

AMOUNT PAID

**$12,125.00**

Mailing address

CiviClick Inc.
1629 K Street NW
Suite 300
Washington, DE 20006 US

Payment date

03/11/2024

Ref no.

Print later

Amount

$12,125.00

## Outstanding Transactions

Find Bill No. Filter All

| | DESCRIPTION | DUE DATE | ORIGINAL AMOUNT | OPEN BALANCE | PAYMENT |
|---|---|---|---|---|---|
| | Bill # 0169 (01/18/2024) | 02/17/2024 | $12,125.00 | $12,125.00 | $12,125.00 |

Amount to Apply $12,125.00

Amount to Credit $0.00

Clear Payment

Memo

Attachments

Add attachment

Max file size: 20 MB

Show existing

Privacy

Cancel Print check Order checks More Save and close

ACU00010

OCP0003786

# Bill Payment

1 online banking match

| DATE | TYPE | AMOUNT | BANK DETAIL | MODE | |
|---|---|---|---|---|---|
| 02/16/2024 | DEBIT | -$5,000.00 | BILL_PAY INTUIT 00647168, CCD | Automatically matched | Unmatch |

AMOUNT PAID
**$5,000.00**

Mailing address
CiviClick Inc.
1629 K Street NW
Suite 300
Washington, DE 20006 US

Payment date
02/15/2024

Ref no.

Print later

Amount
$5,000.00

## Outstanding Transactions

Find Bill No. Filter All

| | DESCRIPTION | DUE DATE | ORIGINAL AMOUNT | OPEN BALANCE | PAYMENT |
|---|---|---|---|---|---|
| | Bill (02/14/2024) | 03/15/2024 | $5,000.00 | $5,000.00 | $5,000.00 |

Amount to Apply $5,000.00
Amount to Credit $0.00

Clear Payment

Memo

Attachments
Add attachment
Max file size: 20 MB
Show existing

Privacy

Cancel Print check Order checks More Save and close

# Bill Payment

1 online banking match

| DATE | TYPE | AMOUNT | BANK DETAIL | MODE | |
|---|---|---|---|---|---|
| 03/12/2024 | DEBIT | -$12,125.00 | BILL_PAY INTUIT 72524802, CCD | Automatically matched | Unmatch |

AMOUNT PAID
**$12,125.00**

Mailing address
CiviClick Inc.
1629 K Street NW
Suite 300
Washington, DE 20006 US

Payment date
03/11/2024

Ref no.

Print later

Amount
$12,125.00

## Outstanding Transactions

Find Bill No. | Filter | All

| | DESCRIPTION | DUE DATE | ORIGINAL AMOUNT | OPEN BALANCE | PAYMENT |
|---|---|---|---|---|---|
| | Bill # 0169 (01/18/2024) | 02/17/2024 | $12,125.00 | $12,125.00 | $12,125.00 |

Amount to Apply $12,125.00
Amount to Credit $0.00

Clear Payment

Memo

Attachments
Add attachment
Max file size: 20 MB
Show existing

Privacy

Cancel | Print check | Order checks | More | Save and close