**From:** John Harris
**To:** Chazz Clevinger
**Subject:** RE: Chazz"s New Grassroots Advocacy Software Platform
**Date:** Friday, September 15, 2023 9:30:00 AM

Can we do next Thursday around 2pm CST – Zoom?

john

**From:** Chazz Clevinger <chazz@civiclick.com>
**Sent:** Friday, September 15, 2023 9:32 AM
**To:** John Harris <jharris@slblawfirm.com>
**Subject:** Re: Chazz's New Grassroots Advocacy Software Platform

John,

Yes, I am available next Thursday or Friday afternoon.

Chazz

On Fri, Sep 15, 2023 at 10:22 AM John Harris <jharris@slblawfirm.com> wrote:

> Chazz, I am now past the TFA annual event and want to talk about civiclick. We are expecting a push by the TN governor to pass the gun control proposals in January which failed in his special session in August. Can we schedule a time to talk/demo next week?
>
> **John I. Harris III**
>
> **Schulman, LeRoy & Bennett PC**
> 3310 West End Avenue, Suite 460
> Nashville, Tennessee 37203
> (615) 244 6670 Ext. 111
> Fax (615) 254-5407
> www.johniharris.com
> www.slblawfirm.com
>
> **From:** Chazz Clevinger <chazz@civiclick.com>
> **Sent:** Friday, September 01, 2023 6:22 PM
> **To:** John Harris <jharris@slblawfirm.com>
> **Subject:** Re: Chazz's New Grassroots Advocacy Software Platform
>
> Hi John,
>
> I can definitely help with this. Things would have gone very differently for you this year if I was still with OCP. Darren Pyles and the rest of the OCP team are woefully ignorant of how to properly conduct these kinds of acquisition campaigns. Let's talk next week.

Chazz

On Sat, Sep 2, 2023 at 1:46 AM John Harris <jharris@slblawfirm.com> wrote:

Chazz

We have finished the TN Special Session on Red Flag laws and were able to survive that without damage. However, I fully expect the Governor to try again in January.

We had discussed the growth of TFA about a year ago when you were with OneClick. I think OneClick did ok for us in some ways but I am not sure given you have another product and trying assess which products national groups are using on whether to renew.

In particular, I was a little disappointed specifically that we invested in the purchase of contacts for our email list. When we talked, I understood that if we purchased the email list expansion services that there would be demographics that would target individuals likely to be donors and converted to members. Certainly I understood that this would not be an expectation that many or most of them would do that, but I expected some.

In our email system (GetResponse) we show that we grew out list as of today by 22,334 although we purchased 25,000 names on top of the amount we spent on the 1 year subscription. So, at least 2700 have already unsubscribed from the list entirely or potentially were duplicates. Then of that number, over 6100 have not opened any email since August 1 2023 despite the fact that Tennessee's Special Session started August 21 and it has been major news almost every day in Tennessee for the last month. Further, less than 10% - 2,053 individuals – opened the "Special session" wrapup email sent this week. So, while we did add names to the list, they are overwhelmingly not donors nor are they really that interested or responsive. If I run a report of those OneClick additions that opened any email since August 21, 2023 when the Special Session started it is only 5,002.

I cannot easily identify without doing some data analysis how many of these OneClick source individual are new members or donors. I would expect some are but I do know that the historical trend of new members and new donors did not meaningfully rise after spending almost $40,000 on OneClick.

I am looking for a solution that

- Adds people to the email list who are interested and engaged
- Adds and identifies people that have a history of donating to or joining 2nd Amendment, Republican or conservative causes
- Adds people who have a propensity to engage and send emails to legislators in response to calls to action.

If you can help with this, let's talk.

John

---

**From:** Chazz Clevinger <chazz@civiclick.com>
**Sent:** Wednesday, August 02, 2023 6:00 PM

**To:** John Harris <jharris@slblawfirm.com>
**Subject:** Re: Chazz's New Grassroots Advocacy Software Platform

John,

Sounds like OCP did a very poor job on the recruitment effort with regard to helping you fundraise — as I knew they would in my absence. I'm sorry about that. I've got some things I can do to help.

Chazz

On Wed, Aug 2, 2023 at 4:45 PM John Harris <jharris@slblawfirm.com> wrote:

> Chazz,
>
> We did get that many added to the list. However, my recollection was that the demographics would have considered prior donor history. Our tracking indicates a lot of names added, many not in TN and very few converted to members or donors. Further, 10-15% have already unsubscribed.
>
> John
>
> ---
>
> **From:** Chazz Clevinger <chazz@civiclick.com>
> **Sent:** Wednesday, August 02, 2023 5:25 PM
> **To:** John Harris <jharris@slblawfirm.com>
> **Subject:** Re: Chazz's New Grassroots Advocacy Software Platform
>
> Hi John,
>
> It will be $7,500 a year after your free year.
>
> How did your acquisition program for 20k go? I assume it did not go well, because no one else at OneClickPolitics knows how to conduct those projects other than me.
>
> Chazz
>
> On Wed, Aug 2, 2023 at 3:17 PM John Harris <jharris@slblawfirm.com> wrote:
>
>> Chazz
>>
>> I look forward to comparing this to OneClick and taking you up on the offer. However, I also want to know how it prices out annual compared to OneClick after year 1.
>>
>> John
>>
>> ---
>>
>> **From:** Chazz Clevinger <chazz@civiclick.com>
>> **Sent:** Wednesday, August 02, 2023 3:30 PM
>> **To:** John Harris <jharris@slblawfirm.com>
>> **Cc:** Chris Tosto <chris@civiclick.com>
>> **Subject:** Chazz's New Grassroots Advocacy Software Platform
>>
>> John,

I hope you have been well, since we last talked. Thank you for all you do at TN Firearms Association to protect the gun rights of Tenneseans. I wanted to apologize for abruptly becoming unavailable to you earlier this year.

I left OneClickPolitics on February 1st to launch a new AI-powered grassroots advocacy platform called CiviClick. My goal in creating CiviClick is to help conservative organizations.

FreedomWorks, American Conservative Union, Save Our States, Gun Owners of America, and many others have already made the switch from OCP to CiviClick this year.

CiviClick has many new features that OneClickPolitics lacks such as:

- **AI generated email content** for action alerts
- **Email throttling** for cadence control of message delivery
- **Automated thank you texts** and emails to advocates
- **Built in advertising database** and owned-audience data
- **QR codes** for linking campaigns to direct mail or brochures

Feel free to schedule time on my Calendly link if you would like to see a demo of the new platform, before making the transition. I have also attached our product summary in case you want to check it out. You are also welcome to watch our promotional video to see some cool visuals of the platform.

Looking forward to connecting with you soon. If you would like, **I'm going to let you use CiviClick for free for a year**, because I feel like I owe it to you after leaving OCP.

All the Best,

Chazz

--
Chazz Clevinger
Founder & CEO
CiviClick, Inc.
1629 K Street NW, Suite 300
Washington, DC 20006
Office: 800-397-3924
Direct: 202-957-6687
chazz@civiclick.com
www.civiclick.com
https://calendly.com/civiclick/demo
CiviClick

--
Chazz Clevinger
Founder & CEO
CiviClick, Inc.
1629 K Street NW, Suite 300
Washington, DC 20006
Office: 800-397-3924
Direct: 202-957-6687
chazz@civiclick.com
www.civiclick.com