CiviClick

1629 K Street NW, Suite 300, Washington, DC 20006

# CIVICLICK SERVICE AGREEMENT

Please sign this order form and return all pages to **chazz@civiclick.com**

| | |
|---|---|
| Primary Contact Name: Francisco Galindo | |
| Subscribing Organization: Lincoln Technical Institute, Inc. | |
| Physical Address: 14 Sylvan Way, Parsippany, NJ 07054 | |
| Primary Phone: 973-766-9117 | Primary E-Mail: FGalindo@lincolntech.edu |
| Subscription Start Date: 4/7/2023 | Subscription End Date: 4/6/2024 |

**Services Included in Order / Service Fees:**

| | |
|---|---|
| CiviClick: One Year Grassroots Advocacy Software Subscription: Standard Subscription<br>Includes training and support for up to **10 licensed users** at no additional cost. | |
| **Annual Grassroots Advocacy Software License** | $9,000.00 |
| **Total Cost** | **$9,000.00** |

**Billing Contact Information (if different than Primary Contact Above):**

| | |
|---|---|
| Billing Contact: | Billing Phone: |
| Billing Address: | Billing E-Mail: |

**Payment Method:**

□ Credit Card □ Bank Transfer

EMAIL or other format of an executed copy (by signature or digital signature) of this Order Form constitutes delivery of a binding written agreement between the Subscribing Organization and CiviClick, Inc., consisting of this Order Form and the attached Terms of Order (and Special Terms if applicable). By signing, you obligate the Subscribing Organization to pay the amount shown above as the Order Form Total.

**CLIENT AUTHORIZATION** (Signatory need not be the Primary Contact and/or the Billing Contact shown above):

Signature: Karen Dempsey

Printed Name & Title: ~~Francisco Galindo~~ Karen Dempsey, Corporate Paralegal

Signature Date: 05/01/2023

**CIVICLICK AUTHORIZATION**

Signature: DocuSigned by: Chazz Clevinger 23EF38FC888D402...

Printed Name & Title: Chazz Clevinger CEO

Signature Date: 4/6/2023

DocuSign Envelope ID: C28868F2-DCE0-4983-BD71-41B517320776

CiviClick

*1629 K Street NW, Suite 300, Washington, DC 20006*

# Terms of Order

These Terms govern your order shown on page one. They refer to CiviClick, Inc. as CiviClick and to you as Client.

1. **PAYMENT:** $9,000 USD is payable within 15 days of signing this agreement. If Client does not pay accordingly to this schedule, CiviClick reserves the right to suspend Client's account and take steps to obtain payment. The cost to renew this contract in 2024 will not increase by more than 5% of the contract's total value. You will be able to maintain the existing rate for an additional period of one year should you choose to renew in 2024.
2. **PRODUCT DESCRIPTION:** CiviClick is a grassroots advocacy software platform that allows users to create an unlimited number of hosted campaign web pages or embeddable widgets that allow advocates to contact elected. CiviClick will allow the Client to create, launch, and manage online advocacy campaigns. Features and services include dedicated account management, product/technical support, a database of local, state, federal, and international elected officials, in-depth reporting and analytics, congressional staff contact information, and the ability to send emails, phone calls, social posts, faxes, and video messages to elected officials. The platform also allows for the targeting of elected officials by constituency, committee, subcommittee, party or chamber.
3. **ACCOUNT MANAGEMENT:** Client is assigned a dedicated account manager and is entitled to unlimited technical and product support throughout the duration of the licensing period at no additional cost. The Client will receive unlimited standard support services from our account management team. Standard support services include data migration, campaign setup/creation, training, onboarding, account provisioning, standard reporting (i.e. existing reports are available through the software for exporting), and ongoing technical/product support.
4. **PROFESSIONAL SERVICES:** The Client will also receive 5 hours of gratis, non-standard services from our Professional Services team including: creative, action center/web page development, audience segmentation, messaging strategy, legislative analysis, copywriting, copyediting, custom reporting, and campaign planning, execution, and post analysis. The rate for non-standard services is billed at $150.00 USD per hour and must be purchased in increments of twenty (20) hours at a time. Your dedicated grassroots strategist will have at least a decade of professional experience conducting grassroots campaigns at the highest level for leading associations, corporations, and/or nonprofits.
5. **COPYRIGHT & INTELLECTUAL PROPERTY:** All content in the Service is copyrighted or otherwise owned by CiviClick or is delivered as part of processes and technologies owned by CiviClick. Title and ownership rights of all CiviClick owned or developed software (including, but not by way of limitation, source and object code, and design), addresses or configurations (collectively the "Software") associated with or contained in the Service remain with CiviClick. Client agrees that CiviClick owned, or developed Software is CiviClick's proprietary and confidential information whether any portion thereof is or may be validly copyrighted or patented. Any and all Software provided to Client is provided by license only and such license is personal, non-exclusive, non-transferable and limited to the right to use such Software during the term of this Agreement and only in accordance with these Terms.
6. **CONFIDENTIALITY:** The Order Form and Terms of Order (including Special Terms if included) are confidential and shall not be shared in any way with third parties unless required by law. Any and all data Client puts on the Service (Client Data) is the property of Client and will not be used by CiviClick for any purpose other than in connection with the performance of these Terms. We reserve the right to decline to store certain categories of data such as Social Security numbers, personal medical information, financial information and any information CiviClick is prohibited from storing under law. CiviClick shall maintain the Client Data in confidence and shall not disclose it to any third party except as required in connection with the performance of a Service for the benefit of Client under this Agreement, and in such circumstances shall ensure that any third party to whom disclosure is made is bound by obligations of confidentiality. The confidentiality obligations do not apply to any information that is publicly available or in the public domain at the time provided to CiviClick, or that becomes publicly available or enters the public domain thereafter.
7. **WARRANTY AND LIABILITY:** CiviClick makes no warranty, express or implied as to merchantability of the Service or its fitness for a specific purpose. CiviClick's total liability arising from or related to this Order and these Terms, whether in contract, tort or other theory shall not exceed the amount actually paid by Client hereunder. CiviClick is not liable for special, consequential, incidental or punitive damages of any kind or for lost profits.
8. **MISCELLANEOUS:**
   a. These Terms of Order, the Order Form and any Special Terms attached are the entire Terms and supersede all communications.
   b. All disputes shall be governed by the laws of Delaware without regard to its rules of conflict of laws, and CiviClick and Client consents to jurisdiction in the courts of Delaware for any and all litigation arising out of or relating to this Agreement.
   c. The parties' remedies herein are in addition to all other remedies at law or in equity. CiviClick may suspend Client's access to the Service or terminate this Agreement without liability if Client breaches this Agreement.
   d. Neither party shall be liable for damages or in breach of these Terms for any delay or default if such delay or default is caused by conditions beyond its control including, but not limited to Acts of God, government restrictions, wars, or any other cause beyond the reasonable control of the party whose performance is affected.
   e. Nothing herein shall constitute an endorsement by CiviClick of any product or service provided by Client or of any position or beliefs that Client may advocate.
   f. These Terms survive the end of your subscription period to the extent necessary to enforce all of its provisions.
   g. Client shall use all services in accordance with applicable laws.
   h. All subscriptions are non-cancelable. Prices shown on the Order Form as the Total Amount Due are nonrefundable.
9. **TERMS FOR SERVICES WITH LICENSED USERS (as listed on Order Form):**
   a. USERNAMES & PASSWORDS: CiviClick hereby gives Client the number of usernames and passwords (Licensed Users) shown on the Order Form which may vary for different Services. Only these individuals are authorized to access the service. Usernames and passwords may not be shared.
10. **FEES FOR NON-STANDARD SERVICES:** Any and all non-standard services provided by CiviClick at the request of Client will be billed according to a fee schedule to be agreed upon by CiviClick and Client prior any work being performed.
11. **ACCEPTABLE USE:** Client shall use the service only in a manner consistent with acceptable Internet practices, policies and standards including complying fully with the CAN-SPAM Act of 2003, HIPAA, and Export Control regulations. Any data and/or content placed in CiviClick by Client or Users of CiviClick ("Client Data") is the property of Client and will not be used by CiviClick for any purpose other than in connection with the performance of

CiviClick

1629 K Street NW, Suite 300, Washington, DC 20006

the Agreement. CiviClick reserves the right to decline to store certain categories of Client Data. Any Client Data placed on CiviClick or modified by Client shall be done so solely at the risk and responsibility of Client, who shall be liable for any damages, including, without limitation, content errors, loss of data, unintended e-mail messages, or interruption of service caused by Client Data. CiviClick shall have the right to immediately terminate the Agreement for Client's use in violation of this Section.

12. **CLIENT MARKS:** In order to give the CiviClick hosted campaign pages a similar appearance to Client's web site, Client hereby grants CiviClick a non-exclusive license to use its logos, trademarks, and service marks as provided to CiviClick by Client (collectively, "Client Marks") in connection with their site. CiviClick acknowledges and agrees that Client owns and/or otherwise has the exclusive right to use and to license Client Marks. Should Client find objectionable any use of Client Marks by CiviClick, Client shall have the right to revoke, with respect to the objectionable use, the rights granted to CiviClick under this Agreement to use Client Marks, and CiviClick shall as soon as reasonably practicable cease using Client Marks in the manner found objectionable by Client.

13. **PRODUCT UPGRADES:** This agreement entitles Client to upgrade to the latest version of CiviClick or replacements thereof with comparable features. CiviClick shall have the right to migrate client data to advanced or replacement versions of CiviClick, if and when necessary. CiviClick reserves full credit and royalty rights to any product enhancement resulting from Client suggestions or custom development requests.

14. **CLIENT DATA:** CiviClick will not use Client data other than to satisfy the terms of this agreement, including blind analysis to provide maintenance services and enhancements to the product. Client also permits CiviClick to access the Client's database to prevent or address technical issues as needed by the Client, and enhance client data by adding congressional representation to membership records, unsubscribe link to outgoing membership emails, etc. Upon termination of this agreement CiviClick agrees to make available Client's original data for 30 days after the effective date of termination, in a format deemed feasible by CiviClick. After such period CiviClick will at its discretion or at the request of Client delete all remaining Client data from our servers.

15. **INTEGRATED APPLICATIONS:** Client hereby grants CiviClick the right to host, manage, and modify any integrated client or third-party application in connection with the performance of the Agreement.

16. **SERVICE FEES FOR NON-STANDARD SERVICES:** Any and all non-standard services provided by CiviClick at the request of Client will be billed according to a fee schedule to be agreed upon by CiviClick and Client prior any work being performed.

17. **ALLOWANCE THRESHOLDS & ADDITIONAL FEES:** Client agrees to pay one cent per email for the use of in excess of that allowance package defined on the Order Form in conjunction with the prices listed below. This includes allowance usage by third parties accessing the system on behalf of the Client. Allowance limits are based on one-year terms beginning on the subscription start date (listed on the order form) and are reset to zero every 365 calendar days regardless of the subscription end-date. Record allowances are never reset given the nature of this allowance. Client can purchase additional allowances at anytime during the subscription term by paying the difference in cost to receive the allowance difference. One text credit is equivalent to out outbound SMS text. One patch-through calling credit is equivalent to one call. One email credit is equivalent to one outbound email from your account to a recipient (i.e., your advocates).

| Annual Allowance Package | Enterprise | Professional | Advanced | Standard |
|---|---|---|---|---|
| Records (Advocates) | 150,000+ | 100,000-149,999 | 25,000-99,999 | 0-24,999 |