**From:** Glenn Phillips [glenn@justiceforyou.com]
**Sent:** 11/8/2022 8:10:09 AM
**To:** Carl Jaeckel [cj@legalmark.com]
**CC:** Glenn Phillips [gphillips@milberg.com]; Marc Grossman [mgrossman@milberg.com]
**Subject:** Re: Milberg Project Confirmation
**Attachments:** Outlook-jpsurh3e.png; SCS_Wire Payment Instructions.pdf; SCS Insertion Order_Milberg.pdf; SCS Invoice 264_Milberg_110722.pdf; SCS Agreement_Milberg.pdf

Ok here . Marc ?

Sent from my iPhone

On Nov 8, 2022, at 8:08 AM, Carl Jaeckel <cj@legalmark.com> wrote:

Guys
Chazz needs this today – please confirm that this is okay to sign and I will get this going asap.
Thanks

---

**From:** Chazz Clevinger <chazz@superiorcampaign.com>
**Date:** Monday, November 7, 2022 at 1:08 PM
**To:** Carl Jaeckel <cj@legalmark.com>
**Subject:** Milberg Project Confirmation

Carl,

I am writing to confirm that the data we have (and will source) for the Camp Lejeune Project on behalf of Milberg is comprised entirely and exclusively of Marine Corps Veterans, who lived at Camp Lejeune from 1953-1987, who have expressly requested more information about their legal rights, due to recent news about water contamination and other deadly pollutants present on base.

We have two call teams that will be working in parallel in order to leverage fresh data for this project. Team one will be calling on people to conduct surveys to identify individuals who fit the above criteria, and will produce 700-800 new names daily of Marine Corps Veterans, who would like more information about their legal rights.

Team two will be calling on the 700-800 people daily who have already requested more information about their legal rights to specifically discuss them signing a case retainer from Milberg. We estimate that 20-50 people (of the 700-800) will sign new case retainers daily, during this program.

Please wire the $50,000 needed to launch this project today, and I will get started on training all of the call agents for the Camp Lejeune project as well as conducting the other administrative work needed to launch this project by Monday, November 14th.

Please also sign and return the insertion order and service agreement. Payment instructions are attached.

All the Best,

Chazz Clevinger
Chief Executive Officer
Superior Campaign Solutions
1515 15th Street NW, #416
Washington, DC 20036
Mobile: 202-957-6687
Office: 202-792-8084
chazz@superiorcampaign.com
www.superiorcampaign.com