# Delaware

The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "ADVOCACY HOLDINGS, INC.", FILED IN THIS OFFICE ON THE THIRTIETH DAY OF DECEMBER, A.D. 2019, AT 2:32 O`CLOCK P.M.*

*A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.*

Jeffrey W. Bullock, Secretary of State

SECRETARY'S OFFICE DELAWARE

7775556 8100
SR# 20198919572

Authentication: 204325262
Date: 12-31-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:32 PM 12/30/2019
FILED 02:32 PM 12/30/2019
SR 20198919572 - File Number 7775556

# CERTIFICATE OF INCORPORATION
# OF
# ADVOCACY HOLDINGS, INC.

The undersigned, for the purposes hereinafter stated, under and pursuant to the provisions of the General Corporation Law of the State of Delaware, does hereby certify as follows:

FIRST: The name of the corporation is Advocacy Holdings, Inc.

SECOND: The Registered Office of the corporation is located at 1209 Orange Street, Wilmington, New Castle County, Delaware, 19801. The name of its Registered Agent at that address is The Corporation Trust Company.

THIRD: The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware, as amended from time to time (as amended, "Delaware Law").

FOURTH: The total number of shares of stock which the corporation shall have authority to issue is One Thousand (1,000) shares of common stock, $0.001 par value per share.

FIFTH: The original Bylaws of the corporation may be adopted by the sole incorporator named herein, or by the initial directors of the corporation. Thereafter, in furtherance and not in limitation of the powers conferred by the laws of the State of Delaware, the Board of Directors and/or the stockholders of the corporation are expressly empowered to make, alter, amend or repeal any Bylaw in the manner to be determined by the terms of the Bylaws of the corporation then in existence.

SIXTH: The name and mailing address of the sole incorporator of the corporation is:

Karen M. McElligatt
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois 60602

SEVENTH: The corporation shall have perpetual existence.

EIGHTH: The corporation shall indemnify all directors and officers and shall advance expenses incurred by such directors and officers to the fullest extent permitted by Section 145 of Delaware Law.

NINTH: To the fullest extent permitted by Delaware Law, a director of the corporation shall not be liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.

TENTH: The corporation shall not be governed by or subject to Section 203 of Delaware Law.

031050.0001:30136954.1

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Incorporation on December 30, 2019.

/s/ Karen M. McElligatt
Karen M. McElligatt, Incorporator