# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
wwww.civiclick.com

## Dan McKnight

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0113
Terms: Net 15
Invoice date: 09/25/2023
Due date: 10/10/2023

| | Product or service | Amount |
|---|---|---|
| 1. | **CiviClick**<br>Annual Grassroots Advocacy Software Subscription | $9,500.00 |

**Total** **$9,500.00**

## Ways to pay

Pay VISA DISCOVER AM EX BANK

Please pay by bank transfer or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
wwww.civiclick.com

## Dan McKnight

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0113
Terms: Net 15
Invoice date: 09/25/2023
Due date: 10/10/2023

| | Product or service | Amount |
|---|---|---|
| 1. | **CiviClick**<br>Annual Grassroots Advocacy Software Subscription | $9,500.00 |

**Total** **$9,500.00**

## Ways to pay

Pay VISA DISCOVER AMEX BANK

Please pay by bank transfer or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
wwww.civiclick.com

## John Harris

**Bill to**
John Harris
Tennessee Firearms Association
3310 West End Avenue
Suite 460
Nashville, TN 37203

**Invoice details**
Invoice no.: 0109
Terms: Due on receipt
Invoice date: 09/26/2023
Due date: 09/26/2023

| | Product or service | Amount |
|---|---|---|
| 1. | **Advocate Acquisition (Emails)**<br>Tennessee Advocate Recruitment Campaign | $25,000.00 |

**Total** **$25,000.00**

**Overdue** 09/26/2023

## Ways to pay

Pay VISA DISCOVER AMEX | BANK

Please pay by bank transfer or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
wwww.civiclick.com

## Dan McKnight

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0113
Terms: Net 15
Invoice date: 09/25/2023
Due date: 10/10/2023

| | Product or service | Amount |
|---|---|---|
| 1. | **CiviClick**<br>Annual Grassroots Advocacy Software Subscription | $9,500.00 |

**Total** **$9,500.00**

## Ways to pay

Pay VISA DISCOVER AMEX BANK

Please pay by bank transfer or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

CiviClick

## Dan McKnight

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0198
Terms: Due on receipt
Invoice date: 03/08/2024
Due date: 03/08/2024

| # | Product or service | SKU | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Advocate Acquisition (Emails)**<br>Arizona Campaign | | 2000 | $2.50 | $5,000.00 |

**Total** **$5,000.00**

## Ways to pay

Pay VISA DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

## Dan McKnight

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0198
Terms: Due on receipt
Invoice date: 03/08/2024
Due date: 03/08/2024

| # | Product or service | SKU | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Advocate Acquisition (Emails)**<br>Arizona Campaign | | 2000 | $2.50 | $5,000.00 |

**Total** **$5,000.00**

## Ways to pay

Apple Pay, VISA, Mastercard, Discover, AmEx, BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

CiviClick

## Andrea Miller

**Bill to**
Andrea Miller
Center for Common Ground
18459 PATRIOT LN
Ruther Glen, VA 22546

**Invoice details**
Invoice no.: 0199
Terms: Due on receipt
Invoice date: 03/08/2024
Due date: 03/08/2024

| # | Product or service | Qty | Rate | Amount |
|---|---|---|---|---|
| 1. | **CiviClick**<br>Annual Grassroots Advocacy Software Subscription: Payment 2 of 3 | 1 | $5,000.00 | $5,000.00 |

**Total** **$5,000.00**

**Overdue** 03/08/2024

## Ways to pay

Apple Pay VISA Mastercard DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

CiviClick

## Nicolas John

**Bill to**
Nicolas John
Massachusetts Farm Bureau Federation
249 Lakeside Avenue
Marlborough, MA 01752

**Invoice details**
Invoice no.: 0206
Terms: Due on receipt
Invoice date: 03/25/2024
Due date: 03/25/2024

| # | Product or service | Qty | Rate | Amount |
|---|---|---|---|---|
| 1. | **CiviClick**<br>Annual Grassroots Advocacy Software Subscription | 1 | $5,000.00 | $5,000.00 |

**Total** **$5,000.00**

**Overdue** 03/25/2024

## Ways to pay

Pay VISA DISCOVER BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

## Nicolas John

**Bill to**
Nicolas John
Massachusetts Farm Bureau Federation
249 Lakeside Avenue
Marlborough, MA 01752

**Invoice details**
Invoice no.: 0206
Terms: Due on receipt
Invoice date: 03/25/2024
Due date: 03/25/2024

| # | Product or service | Qty | Rate | Amount |
|---|---|---|---|---|
| 1. | **CiviClick**<br>Annual Grassroots Advocacy Software Subscription | 1 | $5,000.00 | $5,000.00 |

**Total** **$5,000.00**

**Overdue** 03/25/2024

## Ways to pay

Pay VISA DISCOVER BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0295
Terms: Due on receipt
Invoice date: 10/29/2024
Due date: 10/29/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $9,500.00 | $9,500.00 |

**Total** **$9,500.00**

**Overdue** 10/29/2024

## Ways to pay

Apple Pay VISA Mastercard DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Sandra Simpson
California Black Health Network, Inc.
520 9th Street, Suite 100
Sacramento, CA 95814

**Invoice details**
Invoice no.: 0299
Terms: Due on receipt
Invoice date: 10/31/2024
Due date: 10/31/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $2,500.00 | $2,500.00 |

**Total** **$2,500.00**

**Overdue** 10/31/2024

## Ways to pay

Pay VISA DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

CiviClick

**Bill to**
Peter Whittingham
Whittingham Public Affairs Advisors
31441 Santa Margarita Parkway
Suite A181
Rancho Santa Margarita, CA
92688

**Invoice details**
Invoice no.: 0307
Terms: Due on receipt
Invoice date: 11/22/2024
Due date: 11/22/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Website Development** | Campaign Website | 1 | $3,600.00 | $3,600.00 |
| 2. | **Advocate Acquisition (Emails)** | Emails to 9 Targets: Delgado, Cacciotti, Lock Dawson, Hagman, Kracov, McCallon, Perez, Rodriguez, and Wagner | 8200 | $2.00 | $16,400.00 |

**Total** **$20,000.00**

**Overdue** 11/22/2024

## Ways to pay

Pay VISA DISCOVER AM EX BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

Pay invoice

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0295
Terms: Due on receipt
Invoice date: 10/29/2024
Due date: 10/29/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $9,500.00 | $9,500.00 |

**Total** **$9,500.00**

**Overdue** 10/29/2024

## Ways to pay

Pay VISA DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
John Harris
Tennessee Firearms Association
3310 West End Avenue
Suite 460
Nashville, TN 37203

**Invoice details**
Invoice no.: 0320
Terms: Due on receipt
Invoice date: 12/18/2024
Due date: 12/18/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Advocate Acquisition (Emails)** | New 2A Advocates in TN | 17000 | $2.00 | $34,000.00 |
| 2. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $7,500.00 | $7,500.00 |

| | |
|---|---|
| Subtotal | $41,500.00 |
| Discount | -$16,500.00 |
| **Total** | **$25,000.00** |

## Ways to pay

Apple Pay VISA Mastercard DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

CiviClick

**Bill to**
John Harris
Tennessee Firearms Association
3310 West End Avenue
Suite 460
Nashville, TN 37203

**Invoice details**
Invoice no.: 0320
Terms: Due on receipt
Invoice date: 12/18/2024
Due date: 12/18/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Advocate Acquisition (Emails)** | New 2A Advocates in TN | 17000 | $2.00 | $34,000.00 |
| 2. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $7,500.00 | $7,500.00 |

| | |
|---|---|
| Subtotal | $41,500.00 |
| Discount | -$16,500.00 |
| **Total** | **$25,000.00** |

## Ways to pay

Pay VISA DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Will Hagen
Minnesota Retail Association
4440 Round Lake Road West, Suite N7
St. Paul, MN 55112

**Invoice details**
Invoice no.: 0324
Terms: Due on receipt
Invoice date: 12/20/2024
Due date: 12/20/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $4,500.00 | $4,500.00 |

**Total** **$4,500.00**

**Overdue** 12/20/2024

## Ways to pay

Apple Pay, VISA, Mastercard, DISCOVER, AMEX, BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Terry Wilcox
Patient's Rising
11710 Plaza America Drive
Suite 2000
Reston, VA 20190

**Invoice details**
Invoice no.: 0390
Terms: Due on receipt
Invoice date: 03/08/2025
Due date: 03/08/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Guarenteed Response Program (Phone Calls)** | Tennessee Senate Commerce and Labor Committee Campaign | 750 | $20.00 | $15,000.00 |

**Total** **$15,000.00**

**Overdue** 03/08/2025

## Ways to pay

Apple Pay, VISA, Mastercard, Discover, AMEX, BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

CiviClick

**Bill to**
Joe Crosby
Multistate
1000 Wilson Blvd
Suite 1800
Arlington, VA 22209

**Invoice details**
Invoice no.: 0411
Terms: Net 30
Invoice date: 04/18/2025
Due date: 05/18/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $12,500.00 | $12,500.00 |

**Total** **$12,500.00**

## Ways to pay

Pay VISA DISCOVER AM EX BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Katie O'Neil
Berman and Company
1655 Fort Myer Drive, Suite 600
Arlington, VA 22209

**Invoice details**
Invoice no.: 0434
Terms: Due on receipt
Invoice date: 05/07/2025
Due date: 05/07/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Guarenteed Response Program (Emails)** | CEW Connecticut | 2500 | $2.00 | $5,000.00 |
| 2. | **Guarenteed Response Program (Emails)** | CEW Connecticut | 2500 | $2.00 | $5,000.00 |

**Total** **$10,000.00**

**Overdue** 05/07/2025

## Ways to pay

Apple Pay, VISA, Mastercard, Discover, AMEX, BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Fernando Ramirez
Play Equity Fund
2141 W Adams Blvd
Los Angeles, CA 90018

**Invoice details**
Invoice no.: 0428
Terms: Due on receipt
Invoice date: 05/07/2025
Due date: 05/07/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $7,500.00 | $7,500.00 |

**Total** **$7,500.00**

**Overdue** 05/07/2025

## Ways to pay

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Karen Schwalbe
Massachusetts Farm Bureau Federation
249 Lakeside Avenue
Marlborough, MA 01752

**Invoice details**
Invoice no.: 0420
Terms: Net 30
Invoice date: 04/18/2025
Due date: 05/18/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $5,000.00 | $5,000.00 |

**Total** **$5,000.00**

**Overdue** 05/18/2025

## Ways to pay

Apple Pay, VISA, Mastercard, Discover, AMEX, BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Karen Schwalbe
Massachusetts Farm Bureau Federation
249 Lakeside Avenue
Marlborough, MA 01752

**Invoice details**
Invoice no.: 0420
Terms: Net 30
Invoice date: 04/18/2025
Due date: 05/18/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $5,000.00 | $5,000.00 |

**Total** **$5,000.00**

**Overdue** 05/18/2025

## Ways to pay

VISA DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0295
Terms: Due on receipt
Invoice date: 06/05/2025
Due date: 06/05/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $9,500.00 | $9,500.00 |

**Total** **$9,500.00**

## Ways to pay

VISA | DISCOVER | AMEX | BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Dan McKnight
Bring Our Troops Home INC
1850 North Lakes Place
Meridian, ID 83646 US

**Invoice details**
Invoice no.: 0295
Terms: Due on receipt
Invoice date: 06/05/2025
Due date: 06/05/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $9,500.00 | $9,500.00 |

**Total** **$9,500.00**

## Ways to pay

VISA | DISCOVER | AMEX | BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038 Beneficiary
Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC
20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Charles Whitwam
Howl for Wildlife

**Invoice details**
Invoice no.: 0449
Terms: Due on receipt
Invoice date: 06/05/2025
Due date: 06/05/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $12,000.00 | $12,000.00 |

**Total** **$12,000.00**

**Overdue** 06/05/2025

## Ways to pay

VISA DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Randall Popelka
Herbalife
1250 H St. NW, Suite 1120
Washington, DC 20005

**Invoice details**
Invoice no.: 0469
Terms: Net 15
Invoice date: 07/25/2025
Due date: 08/09/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $15,000.00 | $15,000.00 |
| 2. | **Digital Advocacy Consulting** | 100 Hours of Annual Consulting Support for Campaigns | 100 | $95.00 | $9,500.00 |

**Total** **$24,500.00**

## Ways to pay

VISA | Mastercard | DISCOVER | AMEX | BANK

Please pay by ACH, wire, or credit card.

### Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Brandon Combs
Firearms Policy Coalition
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149

**Invoice details**
Invoice no.: 0374
Terms: Due on receipt
Invoice date: 02/13/2025
Due date: 02/13/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription (Enterprise) | 1 | $10,000.00 | $10,000.00 |
| 2. | **Email Credits** | 20,000,000 Email Marketing Credits | 20000000 | $0.000175 | $3,500.00 |
| 3. | **Training and Account Set Up Fee** | Training and Account Setup Fee | 1 | $750.00 | $750.00 |
| 4. | **Insurance Cost Reimbursement** | Technical E&O + Cyber Insurance Policy | 1 | $6,000.00 | $6,000.00 |

**Total** **$20,250.00**

**Overdue** 02/13/2025

## Ways to pay

Apple Pay, VISA, Mastercard, Discover, AMEX, BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Brandon Combs
Firearms Policy Coalition
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149

**Invoice details**
Invoice no.: 0374
Terms: Due on receipt
Invoice date: 02/13/2025
Due date: 02/13/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription (Enterprise) | 1 | $10,000.00 | $10,000.00 |
| 2. | **Email Credits** | 20,000,000 Email Marketing Credits | 20000000 | $0.000175 | $3,500.00 |
| 3. | **Training and Account Set Up Fee** | Training and Account Setup Fee | 1 | $750.00 | $750.00 |
| 4. | **Insurance Cost Reimbursement** | Technical E&O + Cyber Insurance Policy | 1 | $6,000.00 | $6,000.00 |

**Total** **$20,250.00**

**Overdue** 02/13/2025

## Ways to pay

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Will Hagen
Minnesota Retail Association
4440 Round Lake Road West, Suite N7
St. Paul, MN 55112

**Invoice details**
Invoice no.: 0324
Terms: Due on receipt
Invoice date: 12/20/2024
Due date: 12/20/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $4,500.00 | $4,500.00 |

**Total** **$4,500.00**

## Ways to pay

Pay VISA DISCOVER AMEX BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

# INVOICE

**CiviClick, Inc.**
1629 K Street NW, Suite 300
Washington, DC 20006

chazz@civiclick.com
+1 (202) 957-6687
www.civiclick.com

**Bill to**
Karen Schwalbe
Massachusetts Farm Bureau Federation
249 Lakeside Avenue
Marlborough, MA 01752

**Invoice details**
Invoice no.: 0420
Terms: Net 30
Invoice date: 04/18/2025
Due date: 05/18/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **CiviClick** | Annual Grassroots Advocacy Software Subscription | 1 | $5,000.00 | $5,000.00 |

**Total** **$5,000.00**

## Ways to pay

Apple Pay, VISA, Mastercard, Discover, AMEX, BANK

Please pay by ACH, wire, or credit card.

## Note to customer

Beneficiary Bank: Bank of America
Bank Routing #: 054001204 (Electronic Funds Transfer)
Bank Routing #: 026009593 (Wire Transfer)
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary Name: CiviClick, Inc.
Beneficiary Account Type: Business Checking
Beneficiary Account #: 226007516821
Beneficiary Address: 1629 K St NW, STE 300, Washington, DC 20006

View and pay

DocuSign Envelope ID: DE13ADC1-ECAD-470C-9A55-C0101E55F3C4

CiviClick

# Insertion Order for Advocate Recruitment

| | | | |
|---|---|---|---|
| **Provider:** | CiviClick | **Client:** | Tennessee Firearms Association |
| **Address:** | 1629 K Street NW, Suite 300 | **Address:** | 3310 West End Ave, Suite 460 |
| **City, State Zip:** | Washington, DC 20006 | **City, State Zip:** | Nashville, TN 37203 |
| **Point of Contact** | Chazz Clevinger | **Point of Contact** | John Harris |
| **Phone:** | 202-957-6687 | **Phone:** | 615-244-6670 |
| **Email:** | chazz@civiclick.com | **Email:** | jharris@slbllawfirm.com |

## Campaign Details

| | |
|---|---|
| **Campaign Name:** | Tennessee Firearms Association - Advocate Recruitment Campaign |
| **Flight Dates:** | 9/26/2023 - 12/31/2023 |
| **Billable Action:** | Valid Conversion (Must Sign Petition Against Red Flag Laws in TN) |
| **Rate:** | $2.00 Per Conversion x 12,500 Conversions = $25,000.00 |
| **Deliverable:** | 12,500 Petition Signatures |
| **Payment Terms:** | $25,000 is due immediately upon project commencement. |
| **Targets:** | Residents of Tennessee, who are 21 years of age or older AND have policy issue interest tag of **"Second Amendment Rights" or "Gun Owner" or "Extremely Conservative" or "Very Conservative" or "Conservative" in the CiviClick database.** |
| **Special Conditions:** | **Recruited advocates will exclude existing members of TFA. Use of TFA's existing list is** prohibited for any purpose other than the verification of eligibility of new prospects. TFA is **entitled to a "free" subscription to CiviClick grassroots platform,** if they spend $25,000 or more year on advocate recruitment in 2024 and 2025. This condition will expire in 2026 unless it is renegotiated by TFA and CiviClick. |

| | | | |
|---|---|---|---|
| **Provider Signature:** | DocuSigned by: Chazz Clevinger 23EE38FC6B8D402... | **Client Signature:** | DocuSigned by: John Harris 0CDE7F3EB26D471... |
| **Print:** | Chazz Clevinger | **Print:** | John Harris |
| **Title:** | CEO | **Title:** | Executive Director |
| **Date:** | 9/26/2023 | **Date:** | 9/27/2023 |