**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAZZ CLEVINGER**,<br><br>*Plaintiff*,<br><br>v.<br><br>**ADVOCACY HOLDINGS, INC.**, and **JOHN KOEPKE**, and **RED CHALK GROUP, LLC**, and **RAYMOND ZENKICH**,<br><br>*Defendants*. | Case No. 1:23-cv-1159 (**JMC**) |
| **ADVOCACY HOLDINGS, INC.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**CHAZZ CLEVINGER**, and **CIVICLICK, INC.**, and **SUPERIOR CAMPAIGN SOLUTIONS, LLC**,<br><br>*Defendants*. | Case No. 1:23-cv-1176 (**JMC**) |

**[PROPOSED] FINAL ORDER**

This matter is before the Court on the Motion for Summary Judgment (the "Motion") filed by Advocacy Holdings, Inc., John Koepke, Red Chalk Group, LLC, and Raymond Zenkich (collectively, the "Advocacy Holdings Parties") against Chazz Clevinger, CiviClick, Inc., and Superior Campaign Solutions, LLC (collectively, the "Clevinger Parties"). Upon consideration of the Advocacy Holdings Parties' Motion, the Memorandum of Points and Authorities in Support of the Motion, the Statement of Material Facts as to Which There Is No Genuine Dispute, the

exhibits submitted in support thereof, any opposition and reply thereto, the entire record in these consolidated actions, and applicable law, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, in Civil Action No. 23-1159, summary judgment is **ENTERED** in favor of Defendants Advocacy Holdings, Inc., John Koepke, Red Chalk Group, LLC, and Raymond Zenkich, and against Plaintiff Chazz Clevinger, on all remaining claims asserted by Chazz Clevinger against those Defendants; and it is further

**ORDERED** that, in Civil Action No. 23-1176, summary judgment is **ENTERED** in favor of Plaintiff Advocacy Holdings, Inc. and against Defendants Chazz Clevinger, CiviClick, Inc., and Superior Campaign Solutions, LLC, as applicable, on Advocacy Holdings, Inc.'s claims for which summary judgment is sought in the Motion; and it is further

**ORDERED** that the Court finds, for the reasons stated in the accompanying Memorandum Opinion, that the undisputed material facts establish the liability of Chazz Clevinger, CiviClick, Inc., and Superior Campaign Solutions, LLC, as applicable, on those claims; and it is further

**ORDERED** that Advocacy Holdings, Inc. is awarded the compensatory damages in the amount of $3,023,616.50 in compensatory damages and an additional $15,118,082.50 in punitive damages;

**ORDERED** that Advocacy Holdings, Inc. may submit any application for attorneys' fees, costs, or other recoverable expenses in accordance with the Federal Rules of Civil Procedure, the Local Civil Rules of this Court, and any further order of the Court; and it is further

**ORDERED** that all other pending claims that remain unresolved by the Court's ruling on the Motion are **DISMISSED**; and it is further

**ORDERED** that, there being no remaining claims requiring adjudication in these consolidated actions, **FINAL JUDGMENT** shall be entered pursuant to Federal Rule of Civil Procedure 58; and it is further

**ORDERED** that the Clerk of Court shall enter judgment consistent with this Order and the accompanying Memorandum Opinion and shall **CLOSE** these cases.

**IT IS SO ORDERED.**

Date:_________________ ______________________________

Hon. Jia M. Cobb
United States District Judge

COPIES TO:

Anand Ramana (D.C. Bar No. 489478)
M. Hunter Rush (D.C. Bar No. 90000036)
VEDDER PRICE P.C.
1401 New York Ave, N.W.
Suite 500
Washington, D.C. 20005
(202) 312-3325
aramana@vedder.com
hrush@vedder.com
*Counsel for Advocacy Holdings, Inc., John Koepke, Raymond Zenkich, and Red Chalk Group, LLC*

Kenneth Chase (DC Bar No. 985629)
CHASE LAW & ASSOCIATES, PA
1141 71st Street Miami Beach, Florida 33141
Tel: (305) 402-9800
Fax: (305) 402-2725
kchase@chaselaw.com
*Counsel for Chazz Clevinger, CiviClick, Inc., and Superior Campaign Solutions, LLC*